### 44229. NALLEY v. AIKEN.

WHITMAN, Judge. The appeal in this case, which is from an order denying appellant's motion for a stay of the trial, is not from a final judgment in the case, nor has such order been certified by the trial judge as being of such importance that immediate review should be had as required by statute. *Code Ann.* § 6-701 (a) (Ga. L. 1965, p. 18, as amended by Ga. L. 1968, p. 1072). The appeal is therefore dismissed. *Marsh v. Allgood,* 118 Ga. App. 773 (165 SE2d 479); *Davis v. Dixon,* 118 Ga. App. 587 (164 SE2d 875).

*Appeal dismissed. Jordan, P. J., and Hall, J., concur.*

ARGUED JANUARY 14, 1969—DECIDED MARCH 14, 1969.

*G. Seals Aiken,* for appellee.